Nelson and others, Appellants, vs. Jacobs and others, Respondents.

*September 25 — October 12, 1900.*

*Nelson v. Stephens, ante*, p. 136, followed.

Appeal from a judgment of the circuit court for Dane county: R. G. Siebecker, Circuit Judge. *Reversed.*

For the appellants the cause was submitted on the brief of *Bashford, Aylward & Spensley.*

[No appearance for the respondents.]

*By the Court.*— The facts stated, the assignment of errors, and the questions involved in this case are the same as were involved in the case of *Nelson v. Stephens, ante*, p. 136. The conclusion in that case was adverse to the defendants here. The case having been tried, and the evidence being before the court, the judgment is reversed, and the cause is remanded with directions to enter judgment for plaintiffs for the penalty of the bond, with costs.

Cassoday, C. J., took no part.